IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Margaret C. Hopkins,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | Case No. 11-3102-CV-S-JTM |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is *Defendant's Motion to Dismiss Plaintiff's Petition For A Writ Of Mandamus*, filed June 16, 2011 [Doc. 6]. Inasmuch as the plaintiff agrees that defendant has agreed to the review she requested and that the matter is now moot, it is

**ORDERED** that *Defendant's Motion to Dismiss Plaintiff's Petition For A Writ Of Mandamus*, filed June 16, 2011 [Doc. 6] is **GRANTED**. This matter is **DISMISSED**. Nevertheless, Plaintiff's request for a refund of the filing fee in this matter is **DENIED**.

                                             */s/ John T. Maughmer*
                                      **JOHN T. MAUGHMER**
                                      **U. S. MAGISTRATE JUDGE**